**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | )  3:09-md-02100-DRH )  )  MDL No. 2100 ) |

This Document Relates To:

*Carlene Lancaster, et al. v. Bayer HealthCare*      No. 12-cv-10360-DRH
*Pharmaceuticals Inc., et al.*

**JUDGMENT IN A CIVIL CASE**

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the stipulations entered to date, the above captioned matter is **DISMISSED** with prejudice.  Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:   /s/*Caitlin Fischer*
**Deputy Clerk**

Digitally signed by
David R. Herndon
Date: 2015.04.27
10:01:42 -05'00'

APPROVED:
DISTRICT JUDGE
U. S. DISTRICT COURT